UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CURTIS WILLIAMS,

    Defendant.
_____/

Case No. 11-20269

Hon. George Caram Steeh

ORDER DENYING REQUEST FOR
SENTENCE REDUCTION (ECF NO. 48)

    Defendant Curtis Williams filed a request for a sentence reduction. Williams has not stated the basis for his request, other than an unspecified "change in the law." The court previously denied a more specific motion for a reduction in sentence, based upon Amendments 782 and 788 to the Sentencing Guidelines and the First Step Act. (ECF No. 47, dated March 16, 2023).

    Ordinarily, a district court "may not modify a term of imprisonment once it has been imposed." 18 U.S.C. § 3582(c). The statute provides limited exceptions for defendants who demonstrate "extraordinary and compelling" circumstances and for those who have been "sentenced to a term of imprisonment based on a sentencing range that has subsequently

been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o)." 18 U.S.C. § 3582(c); *see also* U.S.S.G. § 1B1.13 (policy statement). Williams has not explained why he believes he is entitled to a reduction in sentence, and the court is unable to fill in the blanks. *See McPherson v. Kelsey*, 125 F.3d 989, 995-96 (6th Cir. 1997) ("It is not sufficient for a party to mention a possible argument in the most skeletal way, leaving the court to . . . put flesh on its bones.").

Accordingly, IT IS HEREBY ORDERED that Williams's request for a sentence reduction (ECF No. 48) is DENIED.

Dated: November 5, 2024

s/George Caram Steeh
HON. GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 5, 2024, by electronic and/or ordinary mail and also on Curtis Williams #45629039, McDowell Federal Correctional Institution, P.O. Box 1009, Welch, WV 24801.

s/LaShawn Saulsberry
Deputy Clerk